* In a letter dated August 19, 2004, defendant-appellee Abigail Everett, a supervising attor-

*fan* to file petitions for rehearing in light of the Supreme Court's decision.

We have considered all of the defendant's arguments and find them to be without merit. We therefore AFFIRM the judgment of the District Court.

**Rodney Steven SKINNER, Evelyn Taylor, Plaintiffs–Appellants,**

v.

**Michael A. HARDY, Scott Brettschneider, Robert Didio, Marvin K. Pettus, Lynne F. Stewart, Abigail Everett, Defendants–Appellees.**

No. 04–0116.

United States Court of Appeals, Second Circuit.

Dec. 1, 2004.

Rodney Steven Skinner, Napanoch, NY,* for Appellant, pro se.

ney at the Center for Appellate Litigation, indicated to the Clerk of this Court that nei-

Present: WALKER, Chief Judge, POOLER,** Circuit Judge.

### REVISED SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be and it hereby is **AFFIRMED.**

Plaintiff-appellant Rodney Steven Skinner, proceeding *pro se,* appeals from the November 6, 2003 order of the United States District Court for the Southern District of New York (Michael B. Mukasey, *Chief Judge*) dismissing the case for lack of subject matter jurisdiction. On an appeal from a dismissal for lack of subject matter jurisdiction, we review the district court's factual findings for clear error and its legal conclusions *de novo. Luckett v. Bure,* 290 F.3d 493, 496 (2d Cir.2002). Familiarity with the proceedings before the district court is assumed.

On appeal, Skinner reiterates his allegations of malpractice and breach of contract against the defendants, but he does not contest the district court's findings that complete diversity was lacking and that the amount in controversy did not exceed $75,000.

For substantially the same reasons identified in the district court's November 6, 2003 order, we affirm. *See Skinner v. Pettus,* No. 02 Civ. 0752 (S.D.N.Y. Nov. 6, 2003). Accordingly, and for the reasons set forth above, the judgment of the district court is hereby **AFFIRMED.**